```
 1  Floyd W. Bybee, #012651
    BYBEE LAW CENTER, PLC
 2  2473 S.  Higley Road
    Suite 104-308
 3  Gilbert, AZ 85295-3023
    Office:  (480) 756-8822
 4  Fax: (480) 302-4186
    floyd@bybeelaw.com
 5
    Attorney for Plaintiff
 6
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Dorothy L. Isham,<br><br>    Plaintiff,<br><br>v.<br><br>Gurstel, Staloch & Chargo, P.A.,<br><br>    Defendant. | **No.  CV09-0758-PHX-DKD**<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

   WHEREAS the parties have settled this matter in full as to damages, and incorporate the terms of the settlement agreement herein, the parties, through counsel, hereby stipulate and agree to the dismissal of this action with prejudice, and further stipulate that the Court shall retain jurisdiction over this matter to determine Plaintiff's attorney's fees and costs as the prevailing party pursuant to 15 U.S.C. §1692k(a)(3) and

1  Fed.R.Civ.P. 54(d)(2).

3     DATED ___November 19, 2010___.

5  __s/ Floyd W. Bybee___          ___/s Bridget Sullivan___
   Floyd W. Bybee, #012651         Bridget Sullivan
6  **BYBEE LAW CENTER, PLC**       **Gurstel & Chargo, P.A.**
   2473 S.  Higley Road            6681 Country Club Drive
7  Suite 104-308                   Golden Valley, MN  55427
   Gilbert, AZ 85295-3023          Office: (763) 267-6855
8  Office: (480) 756-8822          Fax: (763) 267-6777
   Fax: (480) 302-4186             b.sullivan@gurstel.com
9  floyd@bybeelaw.com
                                   Attorney for Defendant
10 Attorney for Plaintiff

-2-