IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Dorothy L. Isham, | ) | No.  CIV 09-0758-PHX-DKD |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Gurstel, Staloch & Chargo, PA | ) | |
| Defendant. | ) | |

Based upon the Stipulated Dismissal with Prejudice (Doc. 88) filed by the parties,

**IT IS ORDERED** that this action is dismissed with prejudice and the Court retains jurisdiction over this matter to determine Plaintiff's attorney's fees and costs as the prevailing party pursuant to 15 U.S.C. § 1692k(a)(3) and Fed.R.Civ.P. 54(d)(2).

DATED this 23rd day of November, 2010.

_____
David K. Duncan
United States Magistrate Judge